# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

AHMED I. A.,

                Petitioners,

v.

KEVIN MCALEENAN, Secretary of the
Department of Homeland Security;
WILLIAM BARR, United States Attorney
General; PETER BERG, ICE Field Office
Director; and KURT FREITAG, Freeborn
County Sheriff,

                Respondents.[1]

Case No. 18-CV-3032 (NEB/TNL)

ORDER ACCEPTING REPORT AND
RECOMMENDATION

The Court has received the April 11, 2019 Report and Recommendation of United States Magistrate Judge Tony N. Leung. [ECF No. 7.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 7] is ACCEPTED;

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the Court orders that William Barr, United States Attorney General will replace Jefferson Sessions and Peter Berg, Acting Field Office Director, United States Immigration and Customs Enforcement will replace Scott Baniecke on the case caption.

2. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2441 [ECF No. 1] is DENIED

AS MOOT;

3. The action is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: May 10, 2019                                    BY THE COURT:

                                                       s/Nancy E. Brasel
                                                       Nancy E. Brasel
                                                       United States District Judge